# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155116(84)

TAYLOR SCHOOL DISTRICT and TAYLOR
FEDERATION OF TEACHERS, AFT, LOCAL
1085,
        Respondents-Appellants,

v

NANCY RHATIGAN, REBECCA METZ,
and ANGELA STEFFKE,
        Charging Parties-Appellees.
_____/

SC: 155116
COA: 326128
MERC: 13-000133; 13-000029

On order of the Chief Justice, the motion of the Michigan Education Association to file an amicus curiae brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on March 1, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2017



Clerk